1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
3  ANDREA H. HENNINGSEN (State Bar No. 167361)
   ahh@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  SEATTLE MORTGAGE COMPANY

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12

13  MARY B. LABRADOR, individually and on    Case No.:
    behalf of all others similarly situated,
14
                    Plaintiff,               **CERTIFICATE OF INTERESTED
15                                           PARTIES [CIVIL L.R. 3-16]**
        vs.
16
    SEATTLE MORTGAGE COMPANY,
17
                    Defendant.
18

19

20

21

22

23

24

25

26

27

28

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Seattle Savings Bank | parent company of Seattle Mortgage Company |
| Seattle Financial Group | holding company. |

DATED: May 1, 2008

SEVERSON & WERSON
A Professional Corporation

By: _____
Andrea H. Henningsen

Attorneys for Defendant
SEATTLE MORTGAGE COMPANY