UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY B. LABRADOR,
    Plaintiff(s),

v.

SEATTLE MORTGAGE CO.,
    Defendant(s).

No. C-08-02270 MEJ

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5·6·0

Signature: _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")