IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY LABRADOR,
    Plaintiff(s),

v.

SEATTLE MORTGAGE COMPANY,
    Defendant(s).
_____/

No. C-08-2270-SC

Clerk's Notice

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **August 15, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    May 12, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
      Courtroom Deputy Clerk