1   BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
    ANDREW S. FRIEDMAN (to be admitted *pro hac vice*)
2   GARRETT W. WOTKYNS (to be admitted *pro hac vice*)
    2901 N. Central Avenue, Suite 1000
3   Phoenix, AZ 85012
    Telephone: (602) 274-1100
4   Facsimile:  (602) 274-1199

5   CHAVEZ & GERTLER LLP
    MARK A. CHAVEZ (Bar No. 90858)
6   NANCE F. BECKER (Bar No. 99292)
    42 Miller Ave.
7   Mill Valley, CA  94941
    Telephone: (415) 381-5599
8   Facsimile:  (415) 381-5572

9   Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12              FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  MARY B. LABRADOR, individually and on  )   Case No.:  C-08-2270-SC
    behalf of all others similarly situated,    )
15                                               )   CLASS ACTION
                                                 )
16              Plaintiff,                       )
                                                 )   **STIPULATION AND [~~PROPOSED~~]**
17        vs.                                    )   **ORDER RE RE-SCHEDULING OF**
                                                 )   **DEFENDANT'S MOTION TO DISMISS**
18  SEATTLE MORTGAGE COMPANY,                    )   **AND CASE MANAGEMENT**
                                                 )   **CONFERENCE**
19              Defendant.                       )
                                                 )
20                                               )
                                                 )
21  _____ )

22

23

24

25

26

27

28

                        STIPULATION AND [PROPOSED] ORDER RE RE-SCHEDULING OF
                        DEFENDANT'S MOTION TO DISMISS AND CMC

1    Plaintiff Mary B. Labrador and defendant Seattle Mortgage Company, through their

2  attorneys of record, hereby stipulate as follows:

3                                          **RECITALS**

4    1.    This action was removed to this Court on May 1, 2008, and defendant filed a

5  motion to dismiss a few days thereafter.  On May 9, 2008, the Court ordered the case reassigned

6  to the Honorable Samuel Conti, and notified the parties that all prior hearing dates were vacated.

7    2.    On May 14, Defendant re-noticed its motion to dismiss to be heard on July 11,

8  2008.

9    3.    The parties agree that the hearing should be continued to the next available date

10  on the Court's motion calendar on which lead counsel will both be available.  This agreement is

11  based on the press of other business, which combined with the complexity of the issues will make

12  it difficult for plaintiff to prepare her opposition within the allotted time; previously-made travel

13  commitments of counsel; and the parties' desire to meet and confer about the issues.  The parties

14  had agreed on August 15, 2008 as the new hearing date, but have been informed by the Court that

15  that day is unavailable, and that the next date which is available is September 5, 2008.

16    4.    A case management conference is scheduled for August 15, 2008.  Because the

17  need for and scope of the conference will depend on the outcome of defendant's motion, the

18  interests of justice will be served by continuing the case management conference as well.

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26

27

28

1

1 | **STIPULATION**

2      Accordingly, the parties stipulate that the hearing on defendant's motion to dismiss and

3 | the case management conference shall both be continued to September 5, 2008. The time for

4 | filing plaintiff's opposition and defendant's reply re the motion to dismiss shall be calculated on

5 | the basis of the new hearing date.

6 | Dated: June 2, 2008            Respectfully submitted,

7 |                        BONNETT, FAIRBOURN, FRIEDMAN
                         & BALINT, PC

8 |                        CHAVEZ & GERTLER LLP

9 |

10 |            By:      _Nance Becker_

11 |                        Nance F. Becker
                       Attorneys for Plaintiff
                       MARY B. LABRADOR

12 |                        SEVERSON & WERSON

13 |

14 | _June 2, 2008_        By:      _John H. W_

15 |                        John B. Sullivan
                       Andrea Henningsen
                       Attorneys for Defendant

16 |                        SEATTLE MORTGAGE COMPANY

17 | **[PROPOSED] ORDER**

18      Good cause appearing, the Court hereby approves the above stipulation and Orders that:

19      (1) Defendant's Motion to Dismiss shall be heard on September 5, 2008 at 10:00 a.m.

20 | Plaintiff's opposition shall be filed by August 15, 2008 and defendant's reply shall be filed by

21 | August 22, 2008.

22      (2) The Case Management Conference currently scheduled for August 15, 2008 shall take

23 | place on September 5, 2008, immediately following the hearing on the motion to dismiss.

24      IT IS SO ORDERED.

25 |

26 |

27 | Dated: June _4_, 2008              Hon. _____
                       U.S. D.

28 |

IT IS SO ORDERED

Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER RE RE-SCHEDULING OF
DEFENDANT'S MOTION TO DISMISS AND CMC