| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
|   | jbs@severson.com |
| 2 | JAN T. CHILTON (State Bar No. 47582) |
|   | jtc@severson.com |
| 3 | ANDREA H. HENNINGSEN (State Bar No. 167361) |
|   | ahh@severson.com |
| 4 | SUNNY S. HUO (State Bar No. 181071) |
|   | ssh@severson.com |
| 5 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 6 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 7 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 8 | |
| 9 | Attorneys for Defendant |
|   | SEATTLE MORTGAGE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated, | Case No.: CV-08-2270 SC |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY** |
| vs. | |
| SEATTLE MORTGAGE COMPANY, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Please be advised that Defendant Seattle Mortgage Company substitutes former legal representative Andrea H. Henningsen, State Bar No. 167361, Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111, telephone (415) 398-3344, facsimile (415) 956-0439, email address ahh@severson.com.  Defendant's new legal representative is Sunny S. Huo, State Bar number 181071, Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, California 94111, telephone (415) 398-3344, facsimile (415) 956-0439, email address ssh@severson.com.

| | | |
|---|---|---|
| 1 | DATED: July 8, 2008 | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____/S/ Sunny S. Huo_____<br>          Sunny S. Huo |
| 5 | | Attorneys for Defendant<br>SEATTLE MORTGAGE COMPANY |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.