
Clerk's Use Only
Initial for fee pd.:

Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint, PC
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012

FILED
08 AUG 26 AM 10: 52
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY B. LABRADOR,

          Plaintiff(s),

v.

SEATTLE MORTGAGE COMPANY,

          Defendant(s).

CASE NO. C-08-2270 SC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Andrew S. Friedman, an active member in good standing of the bar of United States District Court District of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Mark A. Chavez, Chavez & Gertler, LLP, 42 Miller Avenue, Mill Valley, California 94941

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2008

UNITED STATES DISTRICT COURT
Northern District of California

MARY B. LABRADOR,

                Plaintiff(s),
   v.
SEATTLE MORTGAGE COMPANY,

                Defendant(s).

CASE NO. C-08-2270 SC

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Andrew S. Friedman, an active member in good standing of the bar of State of Arizona whose business address and telephone number (particular court to which applicant is admitted) is United States District Court - District of Arizona

Bonnett Fairbourn Friedman & Balint, PC, 2901 North Central Avenue, Suite 1000, Phoenix, Arizona 85012,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                  United States District    Judge