1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  JAN T. CHILTON (State Bar No. 47582)
   jtc@severson.com
3  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
4  ANDREW W. NOBLE (State Bar No. 245993)
   awn@severson.com
5  SEVERSON & WERSON
   A Professional Corporation
6  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
7  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
8
   Attorneys for Defendant
9  SEATTLE MORTGAGE COMPANY

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  MARY B. LABRADOR, individually and        Case No.:  CV-08-2270 SC
    on behalf of all others similarly situated,
15
                      Plaintiff,              **DEFENDANT SEATTLE
16                                            MORTGAGE COMPANY'S
         vs.                                  NOTICE OF CHANGE OF
17                                            HANDLING ATTORNEY**
    SEATTLE MORTGAGE COMPANY,
18
                      Defendant.
19

20

21     **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

22     **PLEASE TAKE NOTICE** that a change of handling attorneys has taken place

23  in this matter for Defendant SEATTLE MORTGAGE COMPANY ("SMC").  The

24  attorneys handling this matter on behalf of SMC are now John B. Sullivan, Jan T.

25  Chilton, Sunny S. Huo and Andrew W. Noble; all four names should be included on

26  all service lists.

27  \\\

28  \\\

11925/0001/685700.1                    NOTICE OF CHANGE OF HANDLING ATTORNEY
                                            CASE NO. CV-08-2270 SC

1    Donald H. Cram's name should be deleted from the service list and the ECF

2  system for this case.

3

4  DATED:  August 27, 2008                SEVERSON & WERSON
                                          A Professional Corporation
5

6
                                          By:___/ s / (Andrew W. Noble)____
7                                               Andrew W. Noble

8                                         Attorneys for Defendant
                                          SEATTLE MORTGAGE COMPANY
9

10     I hereby attest that I have on file all holograph signatures for any signatures
   indicated by a "conformed" signature (/s/) within this e-filed document.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -