CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP
GARRETT W. WOTKYNS (admitted *pro hac vice*)
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: (480) 607-4368
Facsimile: (480) 348-3999
gwotkyns@schneiderwallace.com

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (*pro hac vice*)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afreidman@bffb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>　　　　Defendant. | Case No.: C-08-2270-SC<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE MODIFICATION OF STATUS CONFERENCE ORDER** |

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF CASE STATUS CONF ORDER

Plaintiff Mary B. Labrador and defendant Seattle Mortgage Company, through their attorneys of record, hereby stipulate as follows:

**RECITALS**

WHEREAS, the Status Conference Order entered by the Court on May 1, 2009 directs the parties to complete class certification fact discovery by August 28, 2009 and requires plaintiff to file her motion for class certification on October 23, 2009; and

WHEREAS, plaintiff contends she had pursued discovery but has encountered unexpected delays due to the fact that most of the documents relevant to her claims were transferred from defendant Seattle Mortgage Company ("SMC") to Bank of America ("BofA") following BofA's acquisition of SMC's reverse mortgage business, and plaintiff does not believe it will be reasonably possible for her to complete the discovery necessary for her class certification motion within the next 3 weeks; and

WHEREAS, plaintiff will also seek leave to amend her Complaint to allege new legal theories against SMC and SMC reserves its right to oppose any amendment to the Complaint;

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED that:

1. The cutoff for completion of class certification fact discovery and related actions shall be extended for a period of 9 weeks. The new deadlines shall be as follows:

Completion of class certification fact discovery 10/30/09

Plaintiff to file motion for class certification 11/20/09

Defendant to file opposition to motion for class certification 12/23/09

Plaintiff to file reply in support of class certification 1/12/10

Hearing on class certification 1/29/10

Case Management Conference 3/3/10

2. Plaintiff shall file either (a) her proposed First Amended Complaint along with a Stipulation with SMC agreeing to the filing or (b) a motion for leave to file her proposed First Amended Complaint on or before August 31, 2009.

///

Dated: August 12, 2009						Respectfully submitted,

							CHAVEZ & GERTLER LLP

							SCHNEIDER WALLACE COTTRELL BRAYTON
							 KONECKY LLP

							BONNETT, FAIRBOURN, FRIEDMAN
							 & BALINT, PC

						By:	_____/s/_____.
							Nance F. Becker
							Attorneys for Plaintiff
							MARY B. LABRADOR


							SEVERSON & WERSON

						By:	_____/s/_____.
							Sunny Huo
							Attorneys for Defendant
							SEATTLE MORTGAGE COMPANY

## [PROPOSED] ORDER

Good cause appearing, the Court hereby approves the above stipulation and Orders that the dates set forth in the Status Conference Order entered May 1, 2009 shall be modified as follows:

Completion of class certification fact discovery 10/30/09

Plaintiff to file motion for class certification 11/20/09

Defendant to file opposition to motion for class certification 12/23/09

Plaintiff to file reply in support of class certification 1/12/10

Hearing on class certification ~~1/29/10~~ 2/5/10

The Case Management Conference currently scheduled for January 1, 2010 shall instead take place on ~~March 3, 2010.~~ March 5, 2010

IT IS SO ORDERED.

Dated: August 13, 2009				_____
							Hon. Samuel Conti
							U.S. District Judge

*IT IS SO ORDERED.* (stamp, signed Judge Samuel Conti, United States District Court, Northern District of California)