CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
mark@chavezgertler.com
NANCE F. BECKER (Bar No. 99292)
nance@chavezgertler.com
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
(415) 381-5572 (fax)

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
Garrett W. Wotkyns (AZ Bar No. 025887) (admitted *pro hac vice*)
7702 E. Doubletree Ranch Road – suite 300
Scottsdale, Arizona 85258
Telephone: (480) 607-4368
Facsimile: (480) 348-3999
gwotkyns@schneiderwallace.com

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (admitted pro hac vice)
afriedman@BFFB.com
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
(602) 274-1199 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>Defendant | Case No.: CV-08-2270 SC<br><br>[~~PROPOSED~~] AMENDED SCHEDULING ORDER<br><br>Date: October 9 and 23, 2009<br>Time: 10:00 A.M.<br>Courtroom: 1, 17th Fl.<br>Before: Hon. Samuel Conti |

11925/0001/759107.1

# [PROPOSED] ORDER

Good cause appearing, the Court hereby approves the above stipulation and Orders the following:

1. The hearing on SMC's **Motion for Summary Judgment** is continued to December 18, 2009 at 10:00 a.m.; the opposition to the Motion for Summary Judgment will be filed on November 13, 2009; and the reply in support of the Motion for Summary Judgment will be filed on December 4, 2009.

2. The hearing on Plaintiff's **Motion for Leave to Amend** is continued to December 18, 2009 at 10:00 a.m.; the opposition to the Motion for Leave to Amend will be filed on November 13, 2009; and the reply in support of the Motion for Leave to Amend will be filed on December 4, 2009.

3. The **Scheduling Order** is amended as follows:

    A. Completion of class certification fact discovery – 2/26/10
    B. Plaintiff to file motion for class certification – 3/19/10
    C. Defendant to file opposition to motion for class certification – 4/16/10
    D. Plaintiff to file reply in support of class certification – 4/30/10
    E. Hearing on class certification. ~~5/21/10~~ June 11, 2010 /SC
    F. Case Management Conference ~~6/18/10~~ July 9, 2010 /SC

IT IS SO ORDERED.

Dated: September 21, 2009

By: _____
Hon. Samuel Conti
U.S. District Court Judge