CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Ave.
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
nance@chavezgertler.com

SCHNEIDER WALLACE COTTRELL
 BRAYTON KONECKY LLP
MARK T. JOHNSON (Bar No. 76904)
180 Montgomery Street – Ste. 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

SCHNEIDER WALLACE COTTRELL
 BRAYTON KONECKY LLP
GARRETT W. WOTKYNS (admitted *pro hac vice*)
7702 E. Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258
Telephone: (480) 607-4368
Facsimile: (480) 348-3999
gwotkyns@schneiderwallace.com

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (admitted *pro hac vice*)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afreidman@bffb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>Defendant. | Case No.: C-08-2270-SC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF STATUS CONFERENCE ORDER** |

Plaintiff Mary B. Labrador and defendant Seattle Mortgage Company, through their attorneys of record, hereby stipulate as follows:

**RECITALS**

WHEREAS, the Amended Scheduling Order entered by the Court on September 21, 2009 directs the parties to complete class certification fact discovery by February 26, 2010 and requires plaintiff to file her motion for class certification on March 19, 2010, with hearing on the motion set for June 11, 2010; and

WHEREAS, defendant Seattle Mortgage Company ("SMC") filed a Motion for Summary Judgment on August 28, 2009, and the parties subsequently agreed to limit discovery propounded to SMC to issues relating to the resolution of that motion, which was denied January 15, 2010; and

WHEREAS, Plaintiff believes that additional discovery, including document production and the deposition of one or more representatives of SMC pursuant to Fed.R.Civ.Proc. 30(b)(6), is required in order to support her motion for class certification, a number of disagreements have arisen between the parties regarding the proper scope and scheduling of such discovery, and it is impossible for Plaintiff to complete the discovery under the existing deadlines;

**STIPULATION**

IT IS THEREFORE STIPULATED AND AGREED that the existing Scheduling Order shall be modified so that the cutoff for completion of class certification fact discovery and related actions shall be extended for a period of four months. The new deadlines shall be as follows:

Completion of class certification fact discovery – 6/25/10

Plaintiff to file motion for class certification – 7/23/10

Defendant to file opposition to motion for class certification – 8/20/10

Plaintiff to file reply in support of class certification – 9/3/10

Hearing on class certification – 9/17/10

Case Management Conference (currently, 7/9/10) – ~~10/15/10~~  11/19/10

Dated: February 22, 2010                    Respectfully submitted,

                                                CHAVEZ & GERTLER LLP

                                                SCHNEIDER WALLACE COTTRELL BRAYTON KONECKY LLP

                                                BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC

By: _____/s/_____.
      Nance F. Becker
      Attorneys for Plaintiff
      MARY B. LABRADOR

                                                SEVERSON & WERSON

By: _____/s/_____.
      Sunny Huo
      Attorneys for Defendant
      SEATTLE MORTGAGE COMPANY

## ~~[PROPOSED]~~ ORDER

Good cause appearing, the Court hereby approves the above stipulation and Orders that the dates set forth in the Scheduling Order entered September 21, 2009 shall be modified as set forth above.

IT IS SO ORDERED.

Dated: February 23, 2010

_____
Hon. Samuel Conti
U.S. District Judge

*IT IS SO ORDERED — Judge Samuel Conti (United States District Court, Northern District of California seal)*