JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SEATTLE MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>Defendant. | Case No.: 3:08-cv-02270-SC<br><br>[PROPOSED] ORDER RE APPOINTMENT OF DISCOVERY REFEREE<br><br>Courtroom:  1<br>Judge:      Hon. Samuel B. Conti |

**[PROPOSED] ORDER**

Good cause appearing, the Court hereby Orders the following:

1. Magistrate Judge _____ is appointed to serve as Discovery Referee in this matter.

2. A conference will take place on [April 30 / May 7], 2010, at _____ a.m./p.m. in Department ____ before the Discovery Referee to resolve the issues of (a) the timing of the depositions of Bank of America person-most-knowledgeable regarding Seattle Mortgage documents and Mr. Nixon; (b) the timing of other depositions the parties intend to take in preparation for class certification; and (c) the language to be used in the Stipulated Protective Order to be submitted to the Court in this action. Counsel for Plaintiff, Defendant Seattle Mortgage, and Third-Party Witness Bank of America are all to attend.

IT IS SO ORDERED.

Dated: April ____, 2010        By: _____
                                    Hon. Samuel Conti
                                    U.S. District Court Judge



- 1 -

11925/0001/806902.3         [Proposed] Order Re Appointment of Discovery Referee
                            Case No.: 3:08-cv-02270-SC