JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendant SEATTLE MORTGAGE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE MORTGAGE COMPANY, <br><br> Defendant. | CASE NO.    CV-08-02270 SC <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br> Ctrm:    1 <br> Judge:    Hon. Samuel B. Conti |

Defendant SEATTLE MORTGAGE COMPANY hereby substitutes Jeffer, Mangels, Butler & Marmaro LLP, as their attorneys of record in place of Severson & Werson. The new firm name, address, and telephone number of the new attorneys of record are:

    Michael J. Hassen, mjh@jmbm.com
    Christopher H. Doyle, chd@jmbm.com
    Jeffer, Mangels, Butler & Marmaro LLP
    Two Embarcadero Center, 5th Floor
    San Francisco, CA 94111
    Telephone: (415) 398-8080
    Facsimile: (415) 398-5584

1  The undersigned consents to the above substitution on behalf of SEATTLE MORTGAGE
2  COMPANY.
3
4  DATED: July 23, 2010                    _____
5                                           ELLEN SAS, PRESIDENT
                                             JOHN F. GREGAN, EXECUTIVE VICE PRESIDENT
6                                            CHIEF CREDIT OFFICER
   The undersigned consents to the above substitution.
7
8  DATED: July 22, 2010                    SEVERSON & WERSON
9
10                                         By: _____
11                                              JOHN B. SULLIVAN
                                                Former Attorneys for SEATTLE MORTGAGE
12                                              COMPANY
13
14          The undersigned is duly admitted to practice in the Northern District of California
15  and accepts the above substitution.
16
17  DATED: July 26, 2010                   JEFFER, MANGELS, BUTLER & MARMARO LLP
18
19
20                                         By:  /s/ Michael J. Hassen
                                                _____
21                                              MICHAEL J. HASSEN
                                                Attorneys for Defendant SEATTLE MORTGAGE
22                                              COMPANY
23
24
25
26
27
28

IT IS SO ORDERED
Judge Samuel Conti
7/26/10

## ORDER

IT IS SO ORDERED.

DATED: July __, 2010

_____
Hon. Samuel B. Conti