IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LABRADOR, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>           Defendant. | Case No. 08-2270 SC<br><br>ORDER DENYING PLAINTIFF'S SECOND ADMINISTRATIVE <u>MOTION TO FILE UNDER SEAL</u> |

   Plaintiff Mary Labrador ("Plaintiff") brings this administrative motion to file under seal certain documents designated as confidential by Defendant Seattle Mortgage Company ("Defendant").  ECF No. 89 ("Mot.").  Specifically, Plaintiff seeks to file under seal Exhibits H, I, J, K, and L attached in support of her Motion for Class Certification.  ECF. No. 75 ("Mot. for Class Cert.").  These documents were produced by Defendant in discovery, and Plaintiff brings this Motion "solely to give Defendant . . . an opportunity to establish that the documents, which were produced and designated 'Confidential' by SMC, should be filed under seal."  Mot. at 1.

   The Motion is Plaintiff's second motion to file these documents under seal; the Court denied her July 23, 2010 motion because no protective order was in place, instructing Plaintiff to

re-file her motion once the parties agreed to and the Court signed a protective order. ECF No. 79. The Court subsequently ordered Plaintiff to refile this motion, instructing Defendant to respond to the motion "in accordance with Rule 79-5 and General Order 62." ECF No. 87 ("Sept. 1, 2010 Order") at 6.

Civil Local Rule 79-5(d) requires a party seeking to file a document designated as confidential by another party to file an administrative motion with the court. The designating party then has seven days to preserve the document's confidentiality by filing and serving a "declaration establishing that the designated information is sealable" and "a narrowly tailored proposed sealing order." The Rule further states: "If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record." Id.

Defendant has not complied with these requirements. As such, the Court DENIES Plaintiff's Administrative Motion to file Defendant's documents under seal. Pursuant to Civil Local Rule 79-5(d), Plaintiff shall publicly e-file complete and unredacted versions of Exhibits H, I, J, K, and L to Plaintiff's Motion for Class Certification.

IT IS SO ORDERED.

Dated: September 13, 2010

UNITED STATES DISTRICT JUDGE