IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LABRADOR, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>       Defendant. | Case No. 08-2270 SC<br><br>ORDER TO SHOW CAUSE |

On March 4, 2011, the Court granted Plaintiff Mary Labrador's Motion for Final Approval of Class Action, finding the settlement fair and reasonable.  ECF No. 128.  This approval was predicated on Plaintiff's Counsel's filing of a declaration providing background information on the charities to receive any cy pres distribution under the settlement.  Id.  Specifically, the Court required a description of the charities and their relation to Plaintiff's case.

///
///
///
///
///

Nearly six weeks have since passed, and Plaintiff's Counsel has yet to file such a document. Accordingly, the Court ORDERS Plaintiff to show cause in writing no later than April 22, 2011 why sanctions should not be imposed and the order approving the settlement be set aside. The show-cause hearing is scheduled for April 29, 2011, at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

FAILURE TO COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS FOR SANCTIONS.

IT IS SO ORDERED.

Dated: April 13, 2011

UNITED STATES DISTRICT JUDGE