1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California  94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendant SEATTLE MORTGAGE COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | MARY B. LABRADOR, individually and on behalf of all others similarly situated, | CASE NO.   CV-08-02270 SC |
|---|---|
|  | **SUBSTITUTION OF ATTORNEYS** |
| Plaintiff, |  |
| v. | Ctrm:    1 |
|  | Judge:   Hon. Samuel B. Conti |
| SEATTLE MORTGAGE COMPANY, |  |
| Defendant. |  |

Defendant SEATTLE MORTGAGE COMPANY hereby substitutes Perkins Coie as their attorneys of record in place of Jeffer Mangels Butler & Mitchell LLP.  The new firm name, address, and telephone number of the new attorneys of record are:

   Donald J. Kula, DKula@perkinscoie.com
   Perkins Coie LLP
   1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
   Telephone:  (310) 788-9900
   Facsimile:  (310) 843-1291

1  The undersigned consents to the above substitution on behalf of SEATTLE MORTGAGE
2  COMPANY.

4  DATED: March 10, 2011                          _____
                                                   PATRICK F. PATRICK, PRESIDENT

6          The undersigned consents to the above substitution.

8  DATED: March 10, 2011         JEFFER MANGELS BUTLER & MITCHELL LLP

11                               By: _____
                                      MICHAEL J. HASSEN
                                 Former Attorneys for SEATTLE MORTGAGE
                                 COMPANY

15         The undersigned is duly admitted to practice in the Northern District of California
16  and accepts the above substitution.

18  DATED: March 10, 2011         PERKINS COIE LLP

20                               By: _____
                                      DONALD J. KULA
                                 Attorneys for Defendant SEATTLE MORTGAGE
                                 COMPANY

**APPROVED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ORDER

IT IS SO ORDERED.

DATED: March __, 2011

_____
HONORABLE SAMUEL B. CONTI
UNITED STATES DISTRICT COURT JUDGE