IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LABRADOR, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>   Defendant. | Case No. 08-2270 SC<br><br>ORDER APPROVING SUPPLEMENTAL DISTRIBUTION AND ALLOCATION <u>OF CY PRES FUNDS</u> |

  On March 4, 2011, the Court finally approved the settlement of this certified class action. ECF No. 128. The Court barred any cy pres distribution absent court approval and instructed Plaintiff Mary Labrador ("Plaintiff") to file a motion for cy pres distribution when the Settlement Administrator, Rust Consulting, determined that settlement residue was ripe for cy pres distribution. ECF No. 134.

  Plaintiff now declares that Settlement Fund residue is ripe for distribution, and she proposes a supplemental distribution to class members who cashed the initial settlement check, with the residue of this supplemental distribution distributed to cy pres beneficiaries. ECF No. 135. Plaintiff claims that there currently exists $419,200 in Settlement Fund residue, and that a distribution of this residue to the 9,965 class members who cashed the first

settlement check would yield an average supplemental distribution of $38.  Id. at 2.  Rust Consulting estimates the cost of such a distribution to be $28,000.  Id.

Having reviewed the papers submitted, the Court GRANTS Plaintiff's Motion and ORDERS as follows:

- Settlement Administrator Rust Consulting shall perform a supplemental distribution of the residue to the 9,965 class members who cashed their initial distribution checks.  As with the initial distribution, these supplemental payments shall be based on the comparative size of the loan origination fee the class member was charged, with a minimum distribution of $15.
- Absent approval of the Court, the costs paid to Rust Consulting for administering this distribution shall not exceed $28,000.
- If more than $10,000 remains in residue upon completion of this supplemental distribution, Plaintiff and Rust Consulting shall file declarations apprising the Court of the current state of the Settlement Fund.  If less than $10,000 remains, this residue shall be distributed in equal shares to the National Consumer Law Center and Healthcare and Elder Law Programs Corporation as cy pres beneficiaries.

IT IS SO ORDERED.

Dated: August 31, 2011

_____
UNITED STATES DISTRICT JUDGE