CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Ave.
Mill Valley, California 94941
Telephone: (415) 381-5599
mark@chavezgertler.com
nance@chavezgertler.com


SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
MARK T. JOHNSON (Bar No. 76904)
180 Montgomery Street – Ste. 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
mjohnson@schneiderwallace.com
GARRETT W. WOTKYNS (admitted *pro hac vice*)
8501 North Scottsdale Road, Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0141
gwotkyns@schneiderwallace.com


BONNETT, FAIRBOURN, FRIEDMAN & BALINT, PC
ANDREW S. FRIEDMAN (admitted *pro hac vice*)
2901 N. Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: (602) 274-1100
afriedman@bffb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY B. LABRADOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEATTLE MORTGAGE COMPANY,<br><br>Defendant. | Case No.: C-08-2270-SC<br><br>**PLAINTIFF'S NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF REQUEST FOR APPROVAL OF FINAL DISTRIBUTION OF CY PRES AWARD AND PROPOSED ORDER THEREON**<br><br>[No hearing required]<br>Hon. Samuel Conti |

1   Plaintiff submits the declarations of Class Counsel and the Settlement Administrator
in accordance with the Court's Order Approving Supplemental Distribution and Allocation
of Cy Pres Funds (ECF Doc. No. 136).

The Court granted final approval of the parties' settlement agreement on January 19,
2011, and has since then been supervising the distribution of the Fund to the settlement class
members.  On August 31, 2011, the Court entered the above Order, which provides that:

> If more than $10,000 remains in residue upon completion of this supplemental distribution, Plaintiff and Rust Consulting shall file declarations apprising the Court of the current state of the Settlement Fund. If less than $10,000 remains, this residue shall be distributed in equal shares to the National Consumer Law Center and Healthcare and Elder Law Programs Corporation as cy pres beneficiaries.

As set forth in the Declarations of Class Counsel Nance F. Becker and Settlement Administrator Kimberly Ness filed herewith, following the second distribution approved by the Court, there is a balance of $ 32,555.44 in the Settlement Fund.  Plaintiff, accordingly, renews her request that, based on their demonstrated commitment to advocating for the rights of senior citizen consumers, including but not limited to protection against financial abuses, NCLC and H.E.L.P. again be approved as the recipients of the *cy pres* funds in this matter, and the Court authorize the distribution of the funds to those organizations in equal shares forthwith.

Respectfully submitted,

Dated:  April 3, 2012                  CHAVEZ & GERTLER LLP

BONNETT, FAIRBOURN, FRIEDMAN
 & BALINT, PC

SCHNEIDER WALLACE COTTRELL
 BRAYTON KONECKY LLP

By:   ____/s/ Nance F. Becker_____
             Nance F. Becker

Attorneys for Plaintiff

---

1

PLAINTIFF'S NOTICE OF FILING OF DECLARATIONS IN SUPPORT OF REQUEST FOR APPROVAL OF
FINAL DISTRIBUTION OF CY PRES AWARD *Case No.:  C-08-2270-SC*

1
2
**[PROPOSED] ORDER**

3   Good cause appearing, IT IS SO ORDERED.

4
5   Date: April 5, 2012
6                                                  _____
                                                   Hon. Samuel Conti
7                                                  United States District Court Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28